IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

WILLIAM BISHOP
and JUANITA BISHOP,

      Plaintiffs,

v.                                            CIVIL ACTION NO. 2:09-cv-01076
                                                (Honorable John T. Copenhaver, Jr.)

QUICKEN LOANS, INC.,
ONEWEST BANK, FSB, and
JOHN DOE HOLDER,

      Defendants.

## CERTIFICATE OF SERVICE

I, R. Terrance Rodgers, counsel for defendant OneWest Bank, FSB, do hereby certify that service of *Defendant OneWest Bank, FSB's Supplemental Objections, Answers And Responses To "Plaintiffs' First Set Of Interrogatories And Request For Production Of Documents To All Defendants"* has been made upon counsel for plaintiffs William Bishop and Juanita Bishop and upon counsel for defendant Quicken Loans Inc., by depositing a true and exact copy thereof, in the United States Mail, First Class, postage prepaid, on this the 3rd day of May, 2010, addressed as follows:

    Cynthia A. Majestro, Esquire
    Daniel F. Hedges, Esquire
    Mountain State Justice, Inc.
    Suite 200 – Atlas Building
    1031 Quarrier Street
    Charleston, West Virginia 25301
        *Counsel for plaintiffs William Bishop and Juanita Bishop*

1

Case 2:09-cv-01076 Document 51 Filed 05/03/10 Page 2 of 2 PageID #: 303

Bruce M. Jacobs, Esquire
Nicholas P. Mooney, II, Esquire
Kimberly K. Parmer, Esquire
Spilman Thomas & Battle, PLLC
P. O. Box 273
Charleston, West Virginia 25321-0273
    *Counsel for defendant Quicken Loans Inc.*

_____
R. TERRANCE RODGERS

2