IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| WILLIAM BISHOP </br>and JAUNITA BISHOP, </br></br>    Plaintiffs, </br></br>    vs. </br></br>QUICKEN LOANS, INC., et al., </br></br>    Defendants. | ) </br>) </br>) </br>) </br>) </br>) Civil Action No. 2:09-cv-01076 </br>) (Honorable John T. Copenhaver, Jr.) </br>) </br>) </br>) |

## MOTION OF THE UNITED STATES
## FOR LEAVE TO INTERVENE

The United States of America moves for leave to intervene in this case to defend the constitutionality of 15 U.S.C. § 1641(f)(2). That statute of the United States is challenged in *Defendant OneWest Bank, FSB's Motion to Dismiss Counts V and VI of the First Amended Complaint* filed herein on April 26, 2010 (Doc. 46). The United States moves to intervene as of right pursuant to Federal Rules of Civil Procedure 5.1(c) and 24(a)(1) and 28 U.S.C. § 2403(a).

    Respectfully submitted,

    TONY WEST
    Assistant Attorney General
    Civil Division
    U.S. Department of Justice

    R. BOOTH GOODWIN II
    United States Attorney

   s/ Gary L. Call
GARY L. CALL
Assistant United States Attorney
WV State Bar No. 589
Post Office Box 1713
Charleston, West Virginia 25326
Tel: (304) 345-2200
Fax: (304) 347-5440
E-mail: gary.call@usdoj.gov

EUGENE M. THIROLF
Director, Office of Consumer Litigation

KENNETH L. JOST
Deputy Director, Office of Consumer Litigation

   s/ Gerald C. Kell
GERALD C. KELL
Senior Trial Counsel
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
Telephone: (202) 514-1586
Facsimile: (202) 514-8742
E-mail: gerald.kell@usdoj.gov